UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWANVAE PEARSON,<br><br>                        Plaintiff<br><br>         v.<br><br>TASHEENA COOKE, et al.,<br><br>                        Defendants | Case No. 3:22-cv-00009-ART-CSD<br><br>ORDER |

**I.    DISCUSSION**

On May 10, 2022, the Court issued a screening order permitting one claim to proceed, dismissing another claim with prejudice, and dismissing the remaining claims with leave to amend. (ECF No. 5 at 13-15.) The Court gave Plaintiff until June 9, 2022, to file an amended complaint. (*Id.* at 14.) On May 11, 2022, the screening order and a copy of Plaintiff's complaint were returned as undeliverable with notes that Plaintiff was en route from Ely State Prison ("ESP") to Southern Desert Correctional Center ("SDCC"). (ECF Nos. 7, 8.) According to the Nevada Department of Corrections inmate database, Plaintiff is now housed at SDCC.

In light of Plaintiff's transfer, the Court will send him courtesy copies of the screening order (ECF No. 5) and his complaint (ECF No. 6). As just noted, Plaintiff is no longer at ESP, the address listed with the Court. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject

to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall send to Plaintiff at SDCC courtesy copies of the screening order (ECF No. 5) and Plaintiff's complaint (ECF No. 6). The Clerk of the Court shall also send to Plaintiff at SDCC a courtesy copy of this order.

IT IS FURTHER ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS <u>12th</u> day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE