UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWANVAE PEARSON, | Case No. 3:22-cv-00009-ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| TASHEENA COOKE, *et al.*, | |
| Defendants. | |

## I.  DISCUSSION

*Pro se* Plaintiff Dwanvae Pearson brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while incarcerated at Ely State Prison ("ESP"). (ECF No. 6). On May 12, 2022, this Court ordered Plaintiff to update his address by June 13, 2022, explaining that Plaintiff was no longer at ESP, the address listed with the Court. (ECF No. 9). That deadline expired without an updated address from Plaintiff.

The Court recognizes that, in light of his transfer from ESP, Plaintiff may not have received the order directing him to update his address, or may not have had an opportunity to respond. For that reason, the Court will *sua sponte* extend the deadline for Plaintiff to update his address. The Court notes that Plaintiff cannot proceed with his Eighth Amendment claim based on inadequate ventilation and the denial of exercise unless he updates his address. Thus, Plaintiff shall have thirty days from the date of entry of this order to file his updated address with the Court. If Plaintiff does not update the Court with his current address within thirty days from the date of entry of this order, this case will be subject to dismissal without prejudice.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his

updated address with the Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff at Southern Desert Correctional Center a courtesy copy of this order.

DATED THIS 15th day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE